# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

NELSON HENRY,

    Plaintiff,                                      Case No.: 9:24-cv-80331-RLR

v.

WALMART INC., a Foreign
For-Profit Corporation,

    Defendant.

_____/

## WALMART INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Walmart Inc., makes the following disclosures:

1.    If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

**RESPONSE:** Walmart Inc. is a Delaware corporation with its principal place of business in Arkansas. Walmart Inc. is a publicly traded entity and no publicly traded entity owns more than 10% of Walmart Inc.

2.      If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

**RESPONSE:** Walmart Inc. is a Delaware corporation with its principal place of business in Arkansas.

3.      Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**RESPONSE:** Defendant identifies the following parties that have or might have an interest in the outcome of this matter:

- Plaintiff, Nelson Henry;

- Counsel for Plaintiff, Colin Richards, Esq., Colin Richards Law P.A., 900 Osceola Drive, Suite 201, West Palm Beach, FL 33409;

- Defendant, Walmart Inc.;

- Counsel for Defendant, Walmart Inc., Brandon T. Holmes, Esq., Dinsmore & Shohl LLP, 201 North Franklin Street, Suite 3050, Tampa, FL 33602.

4.      Identify each entity with publicly traded shares or debt potentially affected by the outcome:

**RESPONSE:** Defendant is not aware of any other publicly traded entities that may be affected by the outcome of these proceedings.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

**RESPONSE:** Defendant is not aware of any other entities that may participate in these proceedings.

6. Identify each person arguably eligible for restitution:

**RESPONSE:** Plaintiff is the only person that has claimed damages in this matter.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: March 21, 2024

Respectfully submitted,

*/s/ Brandon T. Holmes, Esq.*
Brandon T. Holmes, Esq.
Florida Bar No. 1007975
**DINSMORE & SHOHL LLP**
201 North Franklin Street, Suite 3050
Tampa, FL 33602
Phone: (813) 543-9848
Primary: Brandon.holmes@dinsmore.com
Secondary: frances.gonzalez@dinsmore.com

*Counsel for Defendant Walmart Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2024, the foregoing document was electronically filed with the Clerk of Court by using the Court's CM/ECF filing system, and which was served via email and U.S. Mail on the following:

>Colin Richards, Esq.
>Colin Richards Law P.A.
>900 Osceola Drive, Suite 201
>West Palm Beach, FL 33409
>Phone: (561) 425-4000
>Email: ColinRichardsLaw@gmail.com
>Email: Colin@ColinRichardsLaw.com
>Email: Info@ColinRichardsLaw.com
>*Counsel for Plaintiff*
>
>***/s/ Brandon T. Holmes, Esq.***
>Brandon T. Holmes, Esq.
>Florida Bar No. 1007975